No. 05–5236. HUBBARD v. GOSK. C. A. 9th Cir. Certiorari denied.

No. 05–5237. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5238. DIXON v. CATHEL, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5240. CURRY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5241. HOLLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5243. FANIEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5244. KAMPEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5245. GALINDO v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 05–5246. KEEPER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5247. MALLOY v. McCABE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 05–5248. LOPEZ-ARMENTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5249. BARBOUR v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–5250. BIERI v. GOWER ET UX. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 05–5252. BRYANT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 05–5253. TURNER v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.